# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MONICA M. URRATIA,  :
    Plaintiff  :
                      :    CIVIL ACTION NO. 4:10-2328

v.  :
                      :    (JUDGE NEALON)

CAROLYN W. COLVIN,  :
Acting Commissioner of Social Security, :    (MAGISTRATE JUDGE
                      :      MEHALCHICK)
    Defendant  :

## ORDER

**NOW**, this 8th day of April 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 18) is **ADOPTED.**

2.    Plaintiff's appeal of the Commissioner's decision is **DENIED.**

3.    The Clerk of Court is directed to **CLOSE** this case.

FILED
SCRANTON

APR 0 8 2014

PER_____
     DEPUTY CLERK

_____
**United States District Judge**